# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

**In re:**

**HANKEY O'ROURKE ENTERPRISES, LLC,**

**Debtor**

Chapter 11
Case No. 19-30500-EDK

## DEBTOR'S MOTION TO CONTINUE HEARINGS

NOW COMES Hankey O'Rourke Enterprises, LLC (the "Debtor"), through its counsel, and hereby moves that the hearing on the Motion of IOFUS-FCC I HOLDINGS, LLC to for an Order Converting the Case to Chapter 7 [Docket No. 85, the "Motion"], and the hearing on the Debtor's motion for continued use of cash collateral (collectively, the "Motions"), be continued to May 24, 2021 at 10:00 a.m. In support thereof, the Debtor respectfully states as follows:

1. Hearings on both matters are currently scheduled for April 15, 2021 at 12:30 p.m.

2. On April 8, 2021 the Court scheduled an evidentiary hearing on confirmation of the Debtor's plan of reorganization for May 24, 2021.

3. The Debtor requests that both of the Motions be continued to the same time as the hearing on confirmation, with continued use of cash collateral to be on the same terms and conditions that have been approved by this Court.

4. Counsel for the Debtor has conferred with counsel for IOFUS, who assents to the allowance of this motion.

2

Respectfully submitted this 13th day of April, 2021.

                HANKEY O'ROURKE
                ENTERPRISES, LLC


        By: /s/ Steven Weiss
          Steven Weiss, Esquire
          BBO# 545619
          Shatz, Schwartz and Fentin, PC
          1441 Main Street, Suite 1100
          Springfield, MA  01103
          (413) 737-1131
          sweiss@ssfpc.com

19\0178\Motion.Continue.1603