# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**HANKEY O'ROURKE ENTERPRISES, LLC,**<br><br>**Debtor** | **Chapter 11**<br>**Case No. 19-30500-EDK** |

## DEBTOR'S MOTION TO CONTINUE HEARINGS

## (EMERGENCY DETERMINATION REQUESTED)

NOW COMES Hankey O'Rourke Enterprises, LLC (the "Debtor"), through its counsel, and hereby moves that the hearings on the Motion of IOFUS-FCC I HOLDINGS, LLC to for an Order Converting the Case to Chapter 7 [Docket No. 85, the "Motion"], on confirmation of the Debtor's Amended Chapter 11 Plan [Docket No. 146], and on the Debtor's motion for continued use of cash collateral (collectively, the "Motions"), be continued for approximately 30 days. In support thereof, the Debtor respectfully states as follows:

1. Hearings on all matters are currently scheduled for May 24, 2021 at 10:00 a.m. The deadlines for objections and for submission of a pretrial statement and exhibits is May 17, 2021.

2. There are two reasons for this request.

3. First, the Debtor has reached an agreement in principle to sell its real estate to a disinterested third party for a price of $2,000,000. The parties are in the process of drafting a purchase and sale agreement, a motion for approval of the sale, and related pleadings. This sale, when approved and consummated, will likely satisfy the claims of the secured creditors, which is the goal of the Debtor's Plan.

4. Second, the Debtor's counsel is scheduled for a surgical procedure on May 14, 2021, and counsel has been advised that the recuperation period will render him unable to work effectively through (at least) Tuesday, May 18. If the hearings are not continued, it will work a considerable hardship on the Debtor.

5. For these reasons, the Debtor requests that the hearings be continued for 30 days and that the deadlines for making various filings with the Court be extended accordingly, and that with respect to use of cash collateral, that authorization be extended on the same terms and conditions, to the continued hearing date.

6. The Debtor has provided a draft of this motion to counsel for the secured parties. Counsel for the Small Business Administration has assented to allowance of this motion; counsel for IOFUS is apparently unavailable today and has not responded.

Respectfully submitted this 12th day of May, 2021.

        HANKEY O'ROURKE
        ENTERPRISES, LLC


        By: /s/ Steven Weiss
        Steven Weiss, Esquire
        BBO# 545619
        Shatz, Schwartz and Fentin, PC
        1441 Main Street, Suite 1100
        Springfield, MA  01103
        (413) 737-1131
        sweiss@ssfpc.com

19\0178\Motion.Continue.1604

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-3<br>Case 19-30500<br>District of Massachusetts<br>Springfield<br>Fri Jun 21 13:51:52 EDT 2019 | Hankey O'Rourke Enterprises, LLC<br>109 Stockbridge Road<br>Great Barrington, MA 01230-1227 | Springfield<br>U.S. Bankruptcy Court<br>300 State Street, Suite 220<br>Springfield, MA 01105-2925 |
| Bay Colony Development Corp.<br>230 Third Ave., 1st Floor<br>Waltham, MA 02451-7552 | Cove Bowling & Entertainment Inc.<br>109 Stockbridge Road<br>Great Barrington, MA 01230-1227 | IOFUS Holdings - I, LLC<br>5838 East Naples Plaza<br>Long Beach, CA 90803-5039 |
| Jonathan Hixon<br>Hackett Feinberg<br>155 Federal Street, 9th Floor<br>Boston, MA 02110-1610 | Juanita O'Rourke<br>27 Kibbe Point Road<br>East Otis, MA 01029-4500 | Lyndsey E. Rowland, Esquire<br>Starfield Smith PC<br>1300 Virginia Drive, Suite 325<br>Fort Washington, PA 19034-3223 |
| Thomas Hankey<br>315 State Road<br>Great Barrington, MA 01230-1462 | Town of Great Barrington Tax Collector<br>334 Main Street<br>Great Barrington, MA 01230-1802 | United States Small Business Admin.<br>Boston District Office<br>10 Causeway St., Room 265<br>Boston, MA 02222-1047 |
| Richard King<br>Office of the U. S. Trustee<br>446 Main Street<br>14th Floor<br>Worcester, MA 01608-2361 | Steven Weiss<br>Shatz, Schwartz & Fentin, P.C.<br>1441 Main Street<br>Suite 1100<br>Springfield, MA 01103-1450 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                   13 |